IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01147-RPM

MR. RON DEMARCO

        Plaintiff,

v.

RIVIERA BLACK HAWK, INC.,
D/B/A RIVIERA BLACK HAWK CASINO, a Colorado Corporation, and
RIVIERA HOLDING CORPORATION, INC., a Nevada Corporation,

        Defendants.

---

### ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 16, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **August 9, 2007.**

Dated: June 27th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge