**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                June 15, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Bernique Abiakam

_____

Civil Action No. 07-cv-01147-RPM

MR. RON DEMARCO,                                                   Brian K. Matise
                                                                   Rosemary Orsini
        Plaintiff,

v.

RIVIERA BLACK HAWK, INC.,
d/b/a Riviera Black Hawk Casino, a Colorado Corporation, and       Kimberly A. Wanker
RIVIERA HOLDINGS CORPORATION, a Nevada corporation,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**1:59 p.m.        Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:02 p.m.     Argument by Ms. Wanker.
2:14 p.m.     Argument by Mr. Matise.

Court findings and conclusions as stated on record.

**ORDERED:    Defendant Riviera Black Hawk, Inc. D/b/a Riviera Black Hawk Casino and
            Defendant Riviera Holdings Corporation's Notice of Motion and Motion for
            Summary Judgment, filed May 15, 2008 [21], is granted.**

**2:24 p.m.        Court in recess.**

Hearing concluded.  Total time: 25 min.