IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01147-RPM

MR. RON DEMARCO,

              Plaintiff,

v.

RIVIERA BLACK HAWK, INC.,
D/B/A RIVIERA BLACK HAWK CASINO, a Colorado Corporation, and
RIVIERA HOLDING CORPORATION, INC., a Nevada Corporation,

              Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


      Plaintiff's Motion to Exclude Opinion Testimony of Dyana Reed [23] is granted.



Dated:   June 15, 2009