IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01147-RPM

MR. RON DEMARCO

    Plaintiff,

v.

RIVIERA BLACK HAWK, INC.,
D/B/A RIVIERA BLACK HAWK CASINO, a Colorado Corporation, and
RIVIERA HOLDING CORPORATION, INC., a Nevada Corporation,

    Defendants.

---

ORDER FOR ENTRY OF JUDGMENT

---

  Pursuant to the oral findings and conclusions made on record at the hearing held today, it is

  ORDERED that the defendants' motion for summary judgment is granted. The Clerk will enter judgment dismissing the plaintiff's claims in this action and awarding defendants costs.

  Dated: June 15th, 2007

            BY THE COURT:

            s/Richard P. Matsch

            _____
            Richard P. Matsch, Senior District Judge